| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Campbell, David G. | 2. Court or Organization<br><br>District Court - Arizona | 3. Date of Report<br><br>07/26/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>401 West Washington<br>Suite 623, SPC 58<br>Phoenix, AZ 85003-2156 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Trustee | █████ Foundation |
| 2. | Trustee | Trust # 1 |
| 3. | Trustee | Trust # 2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/26/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University Law School | April 18-19, 2013 | Washington, DC | Speak at conference | Transportation, hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank Account | A | Interest | K | T | | | | | |
| 2. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 3. JP Morgan Chase Bank Account | A | Interest | K | T | | | | | |
| 4. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 5. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 6. Wheeler Machinery Note Payable | D | Interest | N | T | | | | | See note 3, Part VIII |
| 7. El Dorado Investments, LLC | G | Distribution | | | Sold | 12/24/13 | P1 | G | Other El Dorado Owners |
| 8. -- El Dorado Property, Salt Lake City, Utah | | None | | | Sold | 12/24/13 | P2 | | See note 2, Part VIII |
| 9. -- El Dorado Property, Ogden, Utah | | None | | | Sold | 12/24/13 | O | | See note 2, Part VIII |
| 10. -- El Dorado Property, Cedar City, Utah | | None | | | Sold | 12/24/13 | P1 | | See note 2, Part VIII |
| 11. -- El Dorado Property, Salina, Utah | | None | | | Sold | 12/24/13 | O | | See note 2, Part VIII |
| 12. -- El Dorado Property, Hurricane, Utah | | None | | | Sold | 12/24/13 | P2 | | See note 2, Part VIII |
| 13. -- El Dorado Property, Lindon, Utah | | None | | | Sold | 12/24/13 | O | | See note 2, Part VIII |
| 14. -- El Dorado Property, Salt Lake City, Utah | | None | | | Sold | 12/24/13 | P1 | | See note 2, Part VIII |
| 15. -- El Dorado Property, Vernal, Utah | | None | | | Sold | 12/24/13 | O | | See note 2, Part VIII |
| 16. Exxon Mobil Common Stock | B | Dividend | M | T | | | | | |
| 17. Bank of America Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. IRA | | | | | | | | | |
| 19. -- Schwab Deposit Account | A | Interest | J | T | | | | | |
| 20. -- DFA Emerging Markets Port | A | Dividend | J | T | | | | | |
| 21. -- DFA Large Cap Intl Port | B | Dividend | L | T | Buy<br>(add'l) | 03/04/13 | K | | |
| 22. -- DFA Large Cap Value | C | Dividend | M | T | Sold<br>(part) | 02/27/13 | L | | |
| 23. -- DFA U.S. Small Cap Value | C | Dividend | K | T | Buy<br>(add'l) | 03/04/13 | K | | |
| 24. -- Ishares TR Barclays Tips | A | Dividend | | | Sold | 05/29/13 | K | | |
| 25. -- Powershs DB Commdty Indx | | None | K | T | Buy<br>(add'l) | 03/04/13 | J | | |
| 26. -- Pimco Exch Traded Fund (Australia) | A | Dividend | K | T | | | | | |
| 27. -- Pimco Exch Traded Fund (Treasury) | A | Dividend | M | T | Buy<br>(add'l) | 03/04/13 | J | | |
| 28. -- Spdr Dow Jones REIT | B | Dividend | K | T | Buy<br>(add'l) | 03/04/13 | J | | |
| 29. -- Vanguard Bond Index Fund, Intermediate Term | B | Dividend | | | Sold | 05/29/13 | L | | |
| 30. -- Vanguard Bond Index Fund, Short Term | B | Distribution | M | T | | | | | |
| 31. -- Vanguard Growth | B | Dividend | M | T | | | | | |
| 32. -- SPDR Barclays ETF | A | Dividend | M | T | Buy | 10/25/13 | M | | |
| 33. MetLife Investors - Guarantee Adv UL Policy | D | Interest | M | T | | | | | |
| 34. Trust # 1 | | None | O | W | | | | | See note 1, Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/26/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust # 2 | | | | | | | | | See note 1, Part VIII |
| 36. -- Wheeler Machinery Note Payable | D | Interest | M | T | | | | | See note 3, Part VIII |
| 37. Mutual Fund and Other Investments | | | | | | | | | |
| 38. -- DFA Emerging Markets Port | A | Dividend | J | T | | | | | |
| 39. -- DFA Large Cap Intl Port | A | Dividend | K | T | | | | | |
| 40. -- DFA Large Cap Value | A | Dividend | K | T | Sold (part) | 02/27/13 | J | B | |
| 41. | | | | | Sold (part) | 02/27/13 | J | C | |
| 42. -- Ishares TR Barclays Tips | A | Dividend | | | Buy (add'l) | 03/04/13 | J | | |
| 43. | | | | | Sold | 05/30/13 | L | | |
| 44. -- Pimco Exch Traded Fund (Treasury) | A | Dividend | L | T | Buy (add'l) | 03/04/13 | J | | |
| 45. -- SPDR Barclays ETF | A | Dividend | M | T | Buy | 10/25/13 | M | | |
| 46. -- Spdr Dow Jones REIT | B | Dividend | K | T | | | | | |
| 47. -- Vanguard Bond Index Fund, Intermediate Term | B | Dividend | | | Sold | 05/29/13 | L | | |
| 48. -- Vanguard Bond Index Fund, Short Term | B | Dividend | M | T | | | | | |
| 49. -- Vanguard Growth | B | Dividend | M | T | | | | | |
| 50. -- Vanguard Small Cap Value | A | Dividend | K | T | | | | | |
| 51. Northwestern Mutual whole life policy | D | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 53. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 54. Northwesetern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 55. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 56. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 57. MJC Investments LLC | A | Distribution | | | Distributed | 12/24/13 | L | | |
| 58. Water rights, Carbon County, Utah | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Trust 1 is a ▮▮▮ trust ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Other reportable assets held by the trust are included separately in Part VII. Trust 2 is a college education trust that holds the assets listed below the trust.

Note 2: The property listed on lines 8-15 is rental property owned by El Dorado Investments, LLC, a ▮▮▮ investment business that was owned collectively ▮ ▮▮▮▮▮▮ -related LLC. My interest in El Dorado, including its rental properties, was sold to other owners of El Dorado in December of 2013. The gain for this sale (which included my share of El Dorado's interest in the rental properties) is reflected in line 7.

Note 3: For the notes payable on lines 6 and 36, the debtor is Wheeler Machinery Company. The notes are simple demand notes bearing market interest rates.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **David G. Campbell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544